UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne S. Calhoon,<br><br>         Plaintiff,<br><br>    v.<br><br>Motel 6 Operating L.P. et al.,<br><br>         Defendants. | No. 2:20-cv-2046-KJM-JDP<br><br>ORDER |

On June 21, 2021, this court related the present case to case 19-cv-02165, *Calhoon v. City of South Lake Tahoe Police Dept. et al*. under Local Rule 123.  E.D. Cal. L.R. 123(a)(3). Litigation has been ongoing in the related case, but plaintiffs have taken no action in the present case since April 19, 2021.  *See* Decl., ECF No. 7.  Thus, **plaintiffs are ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).  *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

IT IS SO ORDERED.

DATED: March 13, 2023.

CHIEF UNITED STATES DISTRICT JUDGE